**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Schulte, | Case No. **CV 07-3431-JFW (JTLx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| City of Los Angeles, et al., | |
| Defendant. | |

WHEREAS, the Court previously dismissed Plaintiff Wayne Schulte's ("Plaintiff") claims for relief for: (1) violations of civil rights under 42 U.S.C. § 1983 (illegal detention and arrest); and (2) malicious prosecution; and

WHEREAS, the Court now has granted Defendants City of Los Angeles, Jamie Mejia, and Gerald Holtz's (collectively, "Defendants") motion for summary judgment on Plaintiff's sole remaining claim for relief for violations of civil rights under 42 U.S.C. § 1983 (wrongful entry and search) based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Wayne Schulte shall recover nothing from any of the named Defendants;

2. Defendants City of Los Angeles, Jamie Mejia, and Gerald Holtz shall have judgment in their favor on Plaintiff's entire action; and

3. Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: May 29, 2008

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2